IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>PLAINTIFF,<br>v.<br><br>FORECLOSURE CONNECTION, INC. and JASON WILLIAMS,<br><br><br>DEFENDANTS. | Civil Action No. 2:15-cv-00653-DAK<br><br><br><br>**PRELIMINARY INJUNCTION**<br><br><br><br>District Judge Dale A. Kimball |

Before the Court is Plaintiff's Notice and Motion for Temporary Restraining Order and Order for Defendants to Show Cause Why a Preliminary Injunction Should Not Issue, Declaration of Sheffield Keith, and the parties' Joint Motion for Entry of Preliminary Injunction. In the joint motion, Defendants, without admitting to the Plaintiff's allegations, consent to the granting of a Preliminary Injunction. Having considered the parties' motions, and until the entry of a final order or judgment in this matter, it is hereby ORDERED that:

1. Defendants are enjoined from terminating or threatening to terminate, or retaliating or discriminating in any way against current and former employees of or workers for Defendants, based on Defendants' belief that an employee or worker spoke with, intends to speak with, or may speak with a representative of the U.S. Department of Labor, including but not limited to the Wage and Hour Division (the "DOL"), filed a complaint with the DOL, or cooperated in any way in the DOL's investigation currently being conducted of Defendants;

2. Defendants are enjoined from telling anyone who works for Defendants not to speak to representatives of the DOL or to provide false information to the DOL regarding their names, duties, and the terms and conditions of employment;

3. Defendants are enjoined from altering, editing, and/or destroying Defendants' time

records and records reflecting payments made to employees of or workers for Defendants;

4. Defendants are enjoined from obstructing the DOL's investigation in any way;

5. Defendants are enjoined from creating falsified documents, including but not limited to, independent contractor agreements and 1099 Forms;

6. Defendants, or a representative of the DOL, within one week of the entry of this Preliminary Injunction, shall read aloud in both English and Spanish during employees' and workers' paid working hours the following statement to all employees of or workers for Defendants informing them of their right to speak with representatives of the DOL free from retaliation or threats of retaliation or intimidation by Defendants:

   *It is against the law for anyone to discriminate against you, retaliate against you, intimidate you, terminate you, or threaten to have you deported for cooperating with the Wage and Hour Division's investigation or providing truthful testimony regarding your employment with Foreclosure Connection, Inc. or Jason Williams. Current employees or workers and former employees or workers are protected from retaliation.*

   *You have the right to speak freely with Wage and Hour investigators regarding your employment with Foreclosure Connection, Inc. or Jason Williams, including the number of hours you have worked, the amount of pay you have received, and other issues regarding your employment and pay. You have the right to speak confidentially with Wage and Hour investigators about your employment.*

   *If you are retaliated against for filing a complaint or cooperating with a Wage and Hour investigation you can file a retaliation complaint with the Wage and Hour Division or you can file your own lawsuit to recover appropriate remedies such as reinstatement to your job, lost wages and an additional equal amount as liquidated damages.*

   *If you have questions or concerns, you can contact the U. S. Department of Labor, Wage and Hour Division's Salt Lake City office at: 60 East South Temple Street, Suite 575, Salt Lake City, Utah, 801-524-5706.*

> *Es contra la ley que cualquier persona discrimine contra usted, tome represalias contra usted, lo intimide, lo despidan, o lo amenacen de ser deportado por cooperar con la investigación de la División De Horas y Salarios o proveer testimonio en relación a su empleo con Foreclosure Connection, Inc. o Jason Williams. Los empleados o trabajadores presentes y los ex-empleados o ex-trabajadores son protegidos de represalias.*
>
> *Usted tiene el derecho de hablar libremente con la División de Horas y Salarios en relación de su empleo con Foreclosure Connection, Inc. o Jason Williams, incluyendo el numero de horas que usted ha trabajado, la cantidad de pago que usted ha recibido, y otros temas en relación a su empleo y pago. Usted tiene el derecho de hablar confidencialmente con investigadores de la División de Horas y Salarios de su empleo.*
>
> *Si han tomado represalias contra usted por presentar una queja o por cooperar con los investigadores de la División de Horas y Salarios, usted puede presentar una queja de represalia con la División de Horas y Salarios o puede establecer su propia demanda legal para recobrar los remedios apropiados como por ejemplo recuperar su trabajo, sueldos perdidos, y una cantidad igual por danos y perjuicios.*
>
> *Si usted tiene preguntas o preocupaciones, usted puede contactar a el Departamento de Trabajo de Estados Unidos, División de Horas y Salarios, oficina de Salt Lake City al: 60 East South Temple Street, Suite 575, Salt Lake City, Utah, 801-524-5706.*

7. Defendants are required to post in a conspicuous location at each work site a hard copy of the statement included in paragraph 6 above, and permitting a representative of the DOL to provide each employee or worker with a copy of the written statement, in English and in Spanish, as well as contact information for representatives of the DOL;

8. Pending the conclusion of the DOL's investigation, Defendants, prior to terminating any employee or worker for any reason, are required to provide a written notice to the DOL at least ten days prior to any termination; and

9. Defendants are required to provide the DOL with a complete list of all employees of or workers for Defendants as of July 7, 2015, and including for each employee the dates of hire, separation from employment if applicable, and the reasons for separation from employment.

IT IS FURTHER ORDERED that each party shall bear his own fees and other expenses incurred by such party in connection with this proceeding, including but not limited to attorneys' fees.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2015.

Dale A. Kimball,
U.S. District Judge